SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   EDCV 08-187-VAP (OPx)                           Date   February 9, 2009

Title   LEE WAYNE JONES, SR., LICA JONES, LISA HEALLENA JONES, LEE JONES, JR. -*v-* CITY OF SAN BERNARDINO; OFFICER BEACH; OFFICER KING; OFFICER R. REID; OFFICER D. DAVES and 1 to 10, inclusive

Present: The Honorable          VIRGINIA A. PHILLIPS, JUDGE

| Maynor Galvez for Marva Dillard | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo | Robert Simmons |

Proceedings:   STATUS CONFERENCE

A status conference is held. The Court and counsel confer.  The Court continues the status conference to March 16, 2009, at 1:30 p.m.  Counsel may seek a continuance of the status conference if the state court proceedings have not concluded.

IT IS SO ORDERED.

                                                              :      10

                                    Initials of Preparer          mg